No. 289.  MORRIS ET AL. *v.* ATTREAU.  C. A. 7th Cir. Certiorari denied.  *Sydney R. Drebin* and *Marvin E. Aspen* for petitioners.  *Richard F. Levy* for respondent.

No. 292.  ALLEN ET AL., EXECUTRICES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *J. Courtney McGroarty* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Rogovin, Robert N. Anderson* and *Benjamin M. Parker* for the United States.

No. 293.  CATAPHOTE CORP. *v.* DE SOTO CHEMICAL COATINGS, INC.  C. A. 9th Cir.  Certiorari denied. *Charles J. Merriam* for petitioner.  *Dugald S. McDougall* and *Carl Hoppe* for respondent.

No. 294.  LEVY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Jesse Moss* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 295.  MILK DRIVERS & DAIRY EMPLOYEES LOCAL UNION No. 584, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* OLD DUTCH FARMS, INC.  C. A. 2d Cir.  Certiorari denied.  *Samuel J. Cohen* for petitioner.  *Herbert L. Maltinsky* for respondent.

No. 313.  BURNETT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied. *Otis Bain Gary* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Rogovin, Gilbert E. Andrews* and *Fred E. Youngman* for respondent.